# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIEN HOUSER, | ) Civil Action No. 2: 16-cv-1039 |
| Plaintiff, | ) |
| v. | ) Chief United States Magistrate Judge |
| | ) Cynthia Reed Eddy |
| C/O WIDENOR, SGT. DEMASKE, SGT. GEORGE, LT. SANTOYA, LT. McCLURE, and LT. WILLIAMS, | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 26th day of March, 2019, in accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment is **GRANTED**.

The Clerk of Court shall mark this case closed.

s/Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: DARIEN HOUSER
GL-7509
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
(via U.S. First Class Mail)

John P. Senich, Jr.
PA Office of Attorney General
(via ECF electronic notification)

1